UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:17-cv-21138-CIV-ALTONAGA/Goodman

JOSE A. FERNANDEZ,

    Plaintiff,

v.

DIRECTV, LLC.;
I.C. SYSTEM, INC.; and
EQUIFAX, INC.,

    Defendants.
_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, JOSE A. FERNANDEZ, by and through undersigned counsel, hereby gives notice of pending settlement with regard to the instant matter. The parties have reached a tentative settlement and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of same, the parties will file the appropriate dismissal documents with the Court.

Respectfully submitted this 19th day of June 2017.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 19th day of June, 2017, that the foregoing document is being served this date via U.S. mail and/ or some other authorized manner for those counsel or parties, if any, who are not authorized to receive electronic notices.

Service List:

SCOTT A MARKOWITZ, ESQ.
Florida Bar No.: 016608
Email: smarkowitz@dldlawyers.com

DEMAHY, LABRADOR, DRAKE,

VICTOR, ROJAS & CABEZA
6400 N. Andrews Ave. Suite 500
Fort Lauderdale, FL 33609
Tel: 954-229-9951
Fax: 954-229-9778
*Attorney for DIRECTV, LLC*

---

DALE T. GOLDEN, ESQ.
Florida Bar No.: 0094080
Email: dgolden@gsgfirm.com
CHARLES J. MCHALE, ESQ.
Florida Bar No.: 0026555
Email: cmchale@gsgfirm.com

GOLDEN SCAZ GAGAIN, PLLC
201 North Armenia Avenue
Tampa, Florida 33609-2303
Tel: 813-251-5500
Fax: 813-251-3675
*Attorneys for IC SYSTEM, INC.*

---

J. ANTHONY LOVE, ESQ.
Florida Bar No. 67224
Email: tlove@kslaw.com

King & Spalding LLP
1180 Peachtree Street
Atlanta, Georgia  30309
Tel: 404-215-5913
Fax: 404-572-5100
*Attorney for EQUIFAX, INC.*

                                                      s/ *Christopher Legg*
                                                      Christopher W. Legg, Esq.
                                                      Florida Bar No. 44460

                                                      CHRISTOPHER LEGG, P.A.
                                                      3837 Hollywood Blvd. Suite B
                                                      Hollywood, Florida 33021
                                                      Telephone: 954-962-2333
                                                      Chris@TheConsumerLawyers.Com
                                                      *Attorney for Plaintiff,*
                                                      *Jose A. Fernandez*