UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:17-cv-21138-CIV-ALTONAGA/Goodman

JOSE A. FERNANDEZ,

    Plaintiff,

v.

DIRECTV, LLC.;
I.C. SYSTEM, INC.;
and EQUIFAX, INC.,

    Defendants.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff, Jose A. Fernandez, and Defendants, DirecTV, LLC., I.C. System, Inc., and Equifax, Inc., pursuant to Rule 41 of the Federal Rules of Civil Procedure, do hereby stipulate and respectfully request as follows:

1. The Court dismiss the Complaint with prejudice.

2. Each party shall bear their own attorneys' fees and costs for this action.

3. The parties condition the effectiveness of this stipulation on the Court's entry of an order retaining jurisdiction to enforce the settlement agreement in accordance with its terms. *See Anago Franchising, Inc. v. Shazz, LLC,* 677 F.3d 1272, 1280 (11th Cir. 2012).

WHEREFORE, the Plaintiff respectfully requests that this matter be dismissed with prejudice and the Court reserve jurisdiction to enforce the parties' settlement agreement in accordance with its terms.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 20th day of July 2017, that the foregoing document is being served this date via U.S. mail and/ or some other authorized manner for those counsel or parties, if any, who are not authorized to receive electronic notices.

Service List:

SCOTT A MARKOWITZ, ESQ.
Florida Bar No.: 016608
Email: smarkowitz@dldlawyers.com

DEMAHY, LABRADOR, DRAKE,
VICTOR, ROJAS & CABEZA
6400 N. Andrews Ave. Suite 500
Fort Lauderdale, FL 33609
Tel: 954-229-9951
Fax: 954-229-9778
*Attorney for DIRECTV, LLC*

DALE T. GOLDEN, ESQ.
Florida Bar No.: 0094080
Email: dgolden@gsgfirm.com
CHARLES J. MCHALE, ESQ.
Florida Bar No.: 0026555
Email: cmchale@gsgfirm.com

GOLDEN SCAZ GAGAIN, PLLC
201 North Armenia Avenue
Tampa, Florida 33609-2303
Tel: 813-251-5500
Fax: 813-251-3675
*Attorneys for IC SYSTEM, INC.*

J. ANTHONY LOVE, ESQ.
Florida Bar No. 67224
Email: tlove@kslaw.com

King & Spalding LLP
1180 Peachtree Street
Atlanta, Georgia  30309
Tel: 404-215-5913
Fax: 404-572-5100
*Attorney for EQUIFAX, INC.*

2

3

                    s/ *Christopher Legg*
                    Christopher W. Legg, Esq.
                    Florida Bar No. 44460

                    CHRISTOPHER W. LEGG, P.A.
                    3837 Hollywood Blvd. Suite B
                    Hollywood, Florida 33021
                    Telephone: 954-962-2333
                    Chris@TheConsumerLawyers.Com

                    *Attorney for Plaintiff*