UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-21138-CIV-ALTONAGA

**JOSE A. FERNANDEZ**,

    Plaintiff,

v.

**DIRECTV, LLC**, *et al.*,

    Defendants.

_____/

## ORDER

**THIS CAUSE** came before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice ("Stipulation") [ECF No. 34]. The parties request the Court retain jurisdiction for the purpose of enforcing their settlement agreement, but they do not provide a copy of the agreement. (*See id.* 1). The Court will not retain jurisdiction over a settlement agreement it has not seen or approved. Accordingly, it is

**ORDERED AND ADJUDGED** that the parties may re-file their stipulation by **July 25, 2017,** either including with it a copy of their settlement agreement, or removing their request the Court retain jurisdiction.

**DONE AND ORDERED** in Miami, Florida, this 21st day of July, 2017.

                                            _____
                                            **CECILIA M. ALTONAGA**
                                            **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record