**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 1:17-cv-21138-CIV-ALTONAGA/Goodman**

JOSE A. FERNANDEZ,

    Plaintiff,

v.

DIRECTV, LLC.;
I.C. SYSTEM, INC.;
and EQUIFAX, INC.,

    Defendants.
_____/

**JOINT STIPULATION FOR VOLUNTARY DISMISSAL**

    Plaintiff, Jose A. Fernandez, ("Plaintiff"), and Defendants, DirecTV, LLC., I.C. Systems, Inc., and Equifax, Inc., (Defendants) by and through the undersigned counsels of record, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, hereby file this Joint Voluntary Dismissal. Plaintiff agrees to dismiss the instant action against Defendants with prejudice. Plaintiff and Defendants agree to bear responsibility for their own attorneys' fees and costs associated with the instant action. The parties further agree to release each other, the undersigned attorneys, and law firms from any and all claims relating to this lawsuit.

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on the 16th day of August 2017, that the foregoing document is being served this date via U.S. mail and/ or some other authorized manner for those counsel or parties, if any, who are not authorized to receive electronic notices.

Service List:

SCOTT A MARKOWITZ, ESQ.
Florida Bar No.: 016608
Email: smarkowitz@dldlawyers.com

DEMAHY, LABRADOR, DRAKE,
VICTOR, ROJAS & CABEZA
6400 N. Andrews Ave. Suite 500
Fort Lauderdale, FL 33609
Tel: 954-229-9951
Fax: 954-229-9778
*Attorney for DIRECTV, LLC*

DALE T. GOLDEN, ESQ.
Florida Bar No.: 0094080
Email: dgolden@gsgfirm.com
CHARLES J. MCHALE, ESQ.
Florida Bar No.: 0026555
Email: cmchale@gsgfirm.com

GOLDEN SCAZ GAGAIN, PLLC
201 North Armenia Avenue
Tampa, Florida 33609-2303
Tel: 813-251-5500
Fax: 813-251-3675
*Attorneys for IC SYSTEM, INC.*

J. ANTHONY LOVE, ESQ.
Florida Bar No. 67224
Email: tlove@kslaw.com

King & Spalding LLP
1180 Peachtree Street
Atlanta, Georgia  30309
Tel: 404-215-5913
Fax: 404-572-5100
*Attorney for EQUIFAX, INC.*

      s/ *Christopher Legg*
      Christopher W. Legg, Esq.
      Florida Bar No. 44460

      CHRISTOPHER W. LEGG, P.A.
      3837 Hollywood Blvd. Suite B
      Hollywood, Florida 33021
      Telephone: 954-962-2333
      Chris@TheConsumerLawyers.Com
      *Attorney for Plaintiff*